BEFORE THE THIRD DIVISION, FEBRUARY 26, 1959

No. 62780.—D. C. Andrews & Co., Inc. v. United States, protest 58/1073 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 62781.—International Expediters, Inc. v. United States, protest 58/1220 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 62782.—Parker Machine Company, Inc. v. United States, protest 58/1653 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 62783.—J. J. Hayes Company on behalf of the Firestone Tire & Rubber Co. v. United States, protest 58/3096 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 62784.—Maison Rozen Importers, Inc. v. United States, protest 58/4419 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 62785.—Air Clearance Assn., Inc. v. United States, protest 58/4586 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 62786.—Athena Films, Inc. v. United States, protest 58/806 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.